# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Richmond Division

| | |
|---|---|
| ROBERT BLANCO, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Civ. Action No.: 3:10-cv-0033-JRS |
| ) | |
| WYETH, INC., ) | |
| f/k/a American Home Products Corporation, ) | |
| WYETH PHARMACEUTICALS, INC., ) | |
| f/k/a Wyeth-Ayerst Pharmaceuticals, Inc., ) | |
| f/k/a Wyeth Laboratories, Inc. ) | |
|     Defendants. ) | |

___

### WYETH'S MOTION *IN LIMINE* TO EXCLUDE
### THE TESTIMONY OF DR. CHERYL BLUME
___

Defendants Wyeth LLC (incorrectly identified in Plaintiff's Complaint as Wyeth Inc., f/k/a American Home Products Corporation) and Wyeth Pharmaceuticals Inc. (incorrectly identified in Plaintiff's Complaint as Wyeth Pharmaceuticals, Inc., f/k/a Wyeth-Ayerst Pharmaceuticals, Inc., f/k/a Wyeth Laboratories, Inc.) (collectively, "Wyeth"), by counsel, hereby move, *in limine*, to exclude the testimony of plaintiff's expert, Dr. Cheryl Blume, from the trial of this matter. The grounds for this Motion are more fully set forth in Wyeth's Memorandum in Support of this Motion, which is filed herewith.

                                                                WYETH, INC., and
                                                               WYETH PHARMACEUTICALS, INC

                                                               By:      /s/
                                                                               Of Counsel

Dabney J. Carr, IV, VSB No. 28679
dabney.carr@troutmansanders.com
Stephen D. Otero, VSB No. 38752
steve.otero@troutmansanders.com
TROUTMAN SANDERS LLP
1001 Haxall Point, P.O. Box 1122
Richmond, Virginia 23218-1122
Telephone: (804) 697-1200
Facsimile: (804) 698-5117

Jayne A. Risk, PA State Bar No. 80237 (admitted *pro hac vice*)
jayne.risk@dlapiper.com
DLA PIPER
One Liberty Place, 1650 Market Street, Suite 4900
Philadelphia, Pennsylvania 19103-7300
Telephone: (215) 656-3328
Facsimile: (215) 606-3328

Kenneth J. Ferguson, TX State Bar No. 06918100 (admitted *pro hac vice*)
kjf@ctw.com
CLARK THOMAS & WINTERS, P.C.
300 West 6th Street, 15th Floor, P.O. Box 1148
Austin, Texas 78767
Telephone: (512) 472-8800
Facsimile: (512) 474-1129

Steven G. Reade, D.C. Bar No.370778 (admission *pro hac vice* to be filed)
steven.reade@aporter.com
ARNOLD & PORTER LLP
555 Twelfth Street NW
Washington, D.C. 20004-1206
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of July, 2010, a true copy of the foregoing will be filed electronically with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

>A. Donald McEachin, VA State Bar No. 27054
>dmceachin@mceachingee.com
>4719 Nine Mile Road
>Richmond, Virginia  23223
>Telephone:     (804) 226-4111
>Facsimile:      (804) 226-8888
>
>James D. Sill
>William C. Medley, IV
>Bill.medley@coxinet.net
>SILL MEDLEY LAW FIRM, PLLC
>725 Northwest 11th Street
>Oklahoma City, Oklahoma  73103
>Telephone:     (405) 604-5953
>*Counsel for Plaintiff*

>                         /s/
>Dabney J. Carr, IV, VSB No. 28679
>dabney.carr@troutmansanders.com
>Stephen D. Otero, VSB No. 38752
>steve.otero@troutmansanders.com
>TROUTMAN SANDERS LLP
>1001 Haxall Point, P.O. Box 1122
>Richmond, Virginia  23218-1122
>Telephone:    (804) 697-1200
>Facsimile:     (804) 698-5117