**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| JAMES CONNER SAMUELS, as Executor of )<br>the Estate of ROBERT BLANCO, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>WYETH, INC., )<br>f/k/a American Home Products Corporation, )<br>WYETH PHARMACEUTICALS, INC., )<br>f/k/a Wyeth-Ayerst Pharmaceuticals, Inc., )<br>f/k/a Wyeth Laboratories, Inc. )<br>    Defendants. ) | Case No.: 3:10-cv-0033-JRS |

## JOINT STATUS REPORT

Pursuant to this Court's Order of December 30, 2010, Plaintiff James Conner Samuels, as Executor of the Estate of Robert Blanco and Defendants Wyeth LLC and Wyeth Pharmaceuticals Inc. (collectively "Wyeth") provide the following report on the status of this matter:

The parties have reached a settlement of the claims in this matter. As this is an action for wrongful death pursuant to Va. Code § 8.01-50, et seq., the Court must approve the parties' settlement and the distribution of the proceeds of the settlement. The parties have been unable to submit the settlement to the Court for approval, however, because Medicare has not yet indicated whether it will assert a lien on the settlement for amounts Medicare paid for the decedent's medical expenses.

On December 10, 2010, Medicare issued a preliminary determination that it had not paid any claims related to the pending settlement. *See* Exhibit A attached hereto. The plaintiff has requested a final determination from Medicare regarding any refund due to Medicare, and on receipt of that final determination, the parties will submit an appropriate Motion to the Court seeking approval of the settlement and the distribution of the settlement proceeds. If a final

determination from Medicare is not received in the next 30 days, the parties will provide a further report on the status of this matter.

JAMES CONNER SAMUELS,<br>
AS EXECUTOR OF THE<br>
ESTATE OF ROBERT BLANCO<br>
<br>
By:     /s/

A. Donald McEachin, VA State Bar No. 27054
4719 Nine Mile Road
Richmond, Virginia 23223
dmceachin@mceachingee.com
Telephone: (804) 226-4111
Facsimile: (804) 226-8888

James D. Sill
William C. Medley, IV
SILL MEDLEY LAW FIRM, PLLC
725 Northwest 11th Street
Oklahoma City, Oklahoma 73103
Telephone: (405) 604-5953

*Counsel for Plaintiff*

                              WYETH, INC., and
                              WYETH PHARMACEUTICALS, INC

By:      /s/     
      Of Counsel

Dabney J. Carr, IV, VSB No. 28679
dabney.carr@troutmansanders.com
Stephen D. Otero, VSB No. 38752
steve.otero@troutmansanders.com
TROUTMAN SANDERS LLP
1001 Haxall Point, P.O. Box 1122
Richmond, Virginia 23218-1122
Telephone: (804) 697-1200
Facsimile: (804) 698-5117

Jayne A. Risk, PA State Bar No. 80237 (admitted *pro hac vice*)
jayne.risk@dlapiper.com
DLA PIPER
One Liberty Place, 1650 Market Street, Suite 4900
Philadelphia, Pennsylvania 19103-7300
Telephone: (215) 656-3328
Facsimile: (215) 606-3328

Kenneth J. Ferguson, TX State Bar No. 06918100 (admitted *pro hac vice*)
kjf@ctw.com
CLARK THOMAS & WINTERS, P.C.
300 West 6th Street, 15th Floor, P.O. Box 1148
Austin, Texas 78767
Telephone: (512) 472-8800
Facsimile: (512) 474-1129

Steven G. Reade, D.C. Bar No.370778 (admission *pro hac vice* to be filed)
steven.reade@aporter.com
ARNOLD & PORTER LLP
555 Twelfth Street NW
Washington, D.C. 20004-1206
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
*Counsel for Defendant*